IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE<br><br>           **Plaintiff,**<br><br>v.<br><br>GENESIS HEALTHCARE AND 1526 LOMBARD STREET SNF OPERATIONS, LLC d/b/a POWERBACK REHABILITATION 1526 LOMBARD STREET,<br><br>           **Defendants.** | CIVIL ACTION NO. 21-551 |

## ORDER

**AND NOW,** this 23rd day of April 2021, upon consideration of the Motion of Plaintiff to Proceed Anonymously [Doc. No. 2], which Defendants do not oppose, it is hereby **ORDERED** that the Plaintiff's Motion [Doc. No. 2] is **GRANTED.**

It is **FURTHER ORDERED** that:

1. Plaintiff is permitted to file the Complaint so that the caption reflects the pseudonym, "Jane Doe";

2. The parties shall file all pleadings and other documents with the Court using the pseudonym, "Jane Doe," and/or shall redact Plaintiff's name from all pleadings and other documents filed;

3. Plaintiff is permitted to redact Plaintiff's address from the Complaint, and any amendment thereto.

It is so **ORDERED.**

                                                        BY THE COURT:

                                                        /s/ Cynthia M Rufe
                                                        **CYNTHIA M. RUFE, J.**