IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>v.<br><br>GENESIS HEALTHCARE and 1526 LOMBARD STREET SNF OPERATIONS, LLC d/b/a POWERBACK REHABILITATION 1526 LOMBARD STREET,<br><br>          Defendants. | CIVIL ACTION<br><br>No.: 2:21-cv-00551-CMR |

**STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, on this 7th day of June, 2021, by and between all parties in this lawsuit, through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule of Civil Procedure 41.1(b), that all claims asserted in the lawsuit against Defendants by Plaintiff are **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party. Please dismiss the Complaint and this lawsuit in their entirety, against all Defendants, with prejudice.

| | |
|---|---|
| LAW OFFICES OF ERIC SHORE | GENOVA BU RNS, LLC |
| BY:  /s/ Robert H. Graff<br>      Robert H. Graff, Esq.<br>      Two Penn Center<br>      1500 JFK Blvd., Suite 1240<br>      Philadelphia, PA 19103 | BY:      /s/ James Bucci<br>      James Bucci, Esq.<br>      1600 Market Street<br>      Suite 1650<br>      Philadelphia, PA 19103 |

**SO ORDERED:**

_____
Cynthia M. Rufe
United States District Judge